**O'BRIEN, BELLAND & BUSHINSKY, LLC**
509 S. Lenola Road
Building 6
Moorestown, NJ 08057
(856) 795-2181/ Fax: (856) 581-4214
By: Steven J. Bushinsky, Esquire

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND; et. al., | Case No: 23-cv-03581-BRM-AME |
| Plaintiffs, | Civil Action |
| v. | |
| IMPACT STOREFRONT DESIGNS LIMITED LIABILITY COMPANY; et. al., | **DEFAULT JUDGMENT** |
| Defendants. | |

This matter having come before the Court on Plaintiffs' Motion for Default Judgment, and the Court having reviewed the papers and for good cause appearing, it is on this 18th ____ day of March _____ 2024 ___;

**ORDERED AND ADJUDGED** that the Plaintiffs recover from Defendant Impact Storefront Designs Limited Liability Company the sum of **$28,882.89** which is inclusive of interest, liquidated damages, and attorneys' fees, as provided by law and to include additional interest thereon.

**IT IS FURTHER ORDERED AND ADJUDGED** that the Plaintiffs recover from Defendant Michael P. Masterson, Individually, the sum of **$28,882.89** which is

inclusive of interest, liquidated damages, and attorneys' fees, as provided by law and to include additional interest thereon.

**IT IS FURTHER ORDERED and ADJUDGED** that this Court will retain jurisdiction over this matter.

_____
Brian R. Martinotti, U.S.D.J.